UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN DESHAY LESLIE,<br><br>    Plaintiff,<br><br>vs.<br><br>JEREMY CLABORN, et al.,<br><br>    Defendants. | 1:19-cv-00366-GSA-PC<br><br>**ORDER ADDRESSING MOTION FOR LEAVE TO AMEND AND INFORMING PLAINTIFF HE HAS LEAVE TO AMEND THE COMPLAINT ONCE AS A MATTER OF COURSE**<br>**(ECF No. 9.)**<br><br>**ORDER DEEMING FIRST AMENDED COMPLAINT PROPERLY FILED ON MAY 1, 2019**<br>**(ECF No. 10.)** |

**I.    BACKGROUND**

Deshawn Deshay Leslie ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on March 19, 2019. (Doc. 1.)

On May 1, 2019, Plaintiff filed motion to amend the Complaint and a First Amended Complaint. (ECF Nos. 9, 10.)

**II.    LEAVE TO AMEND – RULE 15(a)**

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse

1

party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). Because Plaintiff has not amended the complaint, and no responsive pleading has been served in this action, Plaintiff has leave to file an amended complaint as a matter of course. Thus, Plaintiff's motion to amend is resolved as moot, and the First Amended Complaint is deemed properly filed on May 1, 2019.

### III. CONCLUSION

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff is informed that he has leave to amend the complaint once as a matter of course;
2. This order resolves Plaintiff's motion to amend the complaint, filed on May 1, 2019; and
3. Plaintiff's First Amended Complaint is deemed properly filed on May 1, 2019.

IT IS SO ORDERED.

Dated: **May 6, 2019**         **/s/ Gary S. Austin**
                               UNITED STATES MAGISTRATE JUDGE