UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN DESHAY LESLIE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JEREMY CLABORN, et al.,<br><br>　　　　　Defendants. | 1:19-cv-00366-LJO-GSA-PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br>**(ECF No. 12.)**<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF**<br>**(ECF No. 8.)** |

Deshawn Deshay Leslie ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 10, 2019, findings and recommendations were entered, recommending that Plaintiff's motion for preliminary injunctive relief, filed on May 1, 2019, be denied. (ECF No. 12.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) On June 19, 2019, the court re-served the findings and recommendations upon Plaintiff at his new address, which allowed Plaintiff fourteen more days in which to file objections. (ECF No. 13.) The time for filing objections has now expired, and Plaintiff has not filed objections or responded otherwise to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **THE COURT HEREBY ORDERS** that:

1. The findings and recommendations issued by the Magistrate Judge on June 10, 2019, are ADOPTED IN FULL; and
2. Plaintiff's motion for preliminary injunctive relief, filed on May 1, 2019, is DENIED.

IT IS SO ORDERED.

Dated: **July 19, 2019** /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE