UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN DESHAY LESLIE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY CLABORN, et al.,<br><br>　　　　　Defendants. | No.  1:19-cv-00366-NONE-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 22.)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Doc. No. 21.) |

　　　　Plaintiff Deshawn Deshay Leslie is a jail inmate proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On December 9, 2020, findings and recommendations were entered, recommending that plaintiff's motion for preliminary injunctive relief, filed on December 4, 2020, be denied. (Doc. No. 22.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (*Id.*)  The time for filing objections has now expired, and plaintiff has not filed objections or responded otherwise to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on December 9, 2020, (Doc. No. 22), are adopted in full; and
2. Plaintiff's motion for preliminary injunctive relief, filed on December 4. 2020, (Doc. No. 21), is denied.

IT IS SO ORDERED.

Dated: **January 11, 2021**

_____
UNITED STATES DISTRICT JUDGE