# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN DESHAY LESLIE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY CLABORNE, et al.,<br><br>　　　　　　Defendants. | 1:19-cv-00366-NONE-GSA-PC<br><br>**FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS CASE BE DISMISSED FOR FAILURE TO STATE A CLAIM**<br>**(ECF No. 11.)**<br><br>**OBJECTIONS, IF ANY, DUE IN FOURTEEN (14) DAYS** |

　　　　Deshawn Deshay Leslie ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On March 19, 2019, Plaintiff filed the Complaint commencing this action.  (ECF No. 1.)  On May 1, 2019, Plaintiff filed the First Amended Complaint as a matter course.  (ECF No. 10.)

　　　　The court screened the First Amended Complaint and issued an order on July 28, 2020, dismissing the First Amended Complaint for violation of Rules 18 and 20, with leave to amend. (ECF No. 17.)  On July 9, 2021, Plaintiff filed the Second Amended Complaint.  (ECF No. 29.)

　　　　On October 4, 2021, the court dismissed the Second Amended Complaint for failure to state a claim with leave to amend within thirty days.  (ECF No. 32.)  The thirty-day deadline has now expired and Plaintiff has not filed a Third Amended Complaint or otherwise responded to

the court's order.  As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, **IT IS HEREBY RECOMMENDED** that:

1. Pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this case be DISMISSED, based on Plaintiff's failure to state a claim upon which relief may be granted under § 1983; and

2. The Clerk of Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  **Within fourteen (14) days** from the date of service of these findings and recommendations, Plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **November 29, 2021**                           **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE