UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN DESHAY LESLIE,<br><br>  Plaintiff,<br><br>  v.<br><br>JEREMY CLABORNE, et al.,<br><br>  Defendants. | No. 1:19-cv-00366-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE COMPLAINT FOR FAILURE TO STATE A CLAIM, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. Nos. 32 AND 34.) |

Plaintiff Deshawn Deshay Leslie is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).

On November 30, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this case be dismissed due to plaintiff's failure to state a claim. (Doc. No. 34.) The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service. (*Id*.) To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

/////

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on November 30, 2021, are adopted in full;
2. This case is dismissed due to plaintiff's failure to state a claim; and
3. The Clerk of the Court is directed to assign a district judge to this case for the purposes of closure and then to close this case.

IT IS SO ORDERED.

Dated:   **January 6, 2022**

_____
UNITED STATES DISTRICT JUDGE